# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BLUEFIELD DIVISION

| | | |
|---|---|---|
| ALICE F. DAVIS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | **CIVIL ACTION NO. 1:12-06209** |
| ANTEA GROUP, *et al.*, | ) | |
|     Defendants; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SAMANTHA L. ROBINETTE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | **CIVIL ACTION NO. 1:12-06213** |
| ANTEA GROUP, *et al.*, | ) | |
|     Defendants. | ) | |

### **MEMORANDUM OPINION AND ORDER**

Having been advised by Defendants' counsel that the issues underlying Defendants' Motion for Determination of a Reasonable Fee for the Deposition of Dr. Naeem Akhtar Qazi, M.D. (Document No. 70.) have been resolved, it is hereby **ORDERED** that the telephonic hearing scheduled today, Monday, November 4, 2013, at 4:00 p.m., is **CANCELLED**.

The Clerk is directed to fax a copy of this Order to Dr. Qazi at (276) 326-1137, send a copy of this Order to Dr. Qazi at #15 Westwood Medical Park, Bluefield, Virginia 24605, and transmit a copy to counsel of record.

ENTER: November 4, 2013.

R. Clarke VanDervort
United States Magistrate Judge